UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**Meow Meow Productions, LLC,** *et al.***,**

    Plaintiffs,

-V-                                Case No. 2:03-cv-01233
                                          JUDGE SMITH
                                          Magistrate Judge Kemp

**Triple Crown Publications, LLC,** *et al.***,**

    Defendants.

**<u>ORDER</u>**

Plaintiffs move to dismiss all claims against all defendants without prejudice pursuant to Fed. R. Civ. P. 41(a)(2) or, in the alternative, for an extension of the deadline for filing a response to defendants' summary judgment motion. (Doc. 74).

The Court **GRANTS** plaintiffs' motion to dismiss, but conditions the dismissal upon the requirement that plaintiffs shall respond to defendants' summary judgment motion (Doc. 55) within twenty-one days after any refiling of their claims without further discovery.

The Court **DISMISSES** this action in its entirety without prejudice.

The Clerk shall remove this case from the Court's pending cases list.

The Clerk shall remove Doc. 54 and Doc. 74 from the Court's pending CJRA motions list.

**IT IS SO ORDERED.**

 /s/ George C. Smith
**GEORGE C. SMITH, JUDGE**
**UNITED STATES DISTRICT COURT**